UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CIVIL ACTION NO. 21-75-DLB

SHERI LYNN FREEMAN                                                              PLAINTIFF

v.                                              **JUDGMENT**

**KILOLO KIJAKAZI**, Acting Commissioner
of the Social Security Administration                                          DEFENDANT

\* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, **IT IS ORDERED AND ADJUDGED** as follows:

(1)   The administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

(2)   Plaintiff Sheri Lynn Freeman's Complaint (Doc. # 1) against Defendant Commissioner is **DISMISSED WITH PREJUDICE**;

(3)   The action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

(4)   This is a final and appealable order and no just cause for delay exists.

This 6th day of July, 2022.



Signed By:
*David L. Bunning*  DB
United States District Judge